In the Matter of the Claim of MABEL G. GORDON, Claimant, against NEW YORK LIFE INSURANCE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Appellant.

Submitted April 3, 1950; decided April 6, 1950.

Motion for reargument and for a stay denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 652.]

LUCY LATHAM et al., on Behalf of Themselves and Others Similarly Situated, Appellants, v. FATHER DIVINE et al., Defendants, and DAVID DIAMOND et al., Individually and as Administrators with the Will Annexed of MARY S. LYON, Deceased, Respondents.

Submitted April 3, 1950; decided April 6, 1950.

*Joseph J. Schwartz* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.